GRAVES, J., did not participate in the consideration of this case.

## WHITE v. STATE.
### No. 20044.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile while appellant was intoxicated, punishment being a fine of fifty dollars and confinement in jail for five days.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

## BYARS v. STATE.
### No. 20051.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Maynard F. Robinson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty. Gen., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for aggravated assault; penalty assessed at a fine of fifty dollars.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out which would authorize a reversal of the conviction.

The judgment is affirmed.

The proceedings appear to be regular and the proof satisfactory, showing appellant to be guilty not only of the commission of the instant felony, but also that he had been previously convicted of two other felonies, and we can see no reason for disturbing the trial court's judgment. It is therefore affirmed.